UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYUNG SOOK PARK,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>  Defendant. | Case No. 22-mc-80085-DMR<br><br>**ORDER DIRECTING PETITIONER TO SERVE PETITION TO CORRECT/AMEND PLAINTIFF'S DATE OF BIRTH ON CERTIFICATE OF NATURALIZATION**<br><br>Re: Dkt. No. 1 |

Self-represented Petitioner Kyung Sook Park filed a petition to correct/amend the date of birth on her certificate of naturalization from August 10, 1959 to August 10, 1957. She labeled it as a motion for reconsideration under Federal Rule of Civil Procedure 60(b)(6). [Docket No. 1.] The court construes Park's filing as a petition for a writ of mandamus to correct her certificate of naturalization pursuant to 28 U.S.C. § 1361. The court hereby identifies "United States Citizenship and Immigration Services, District Director" as the Respondent.

Petitioner is ordered to serve a copy of (1) her petition, (2) all exhibits she filed on March 29, 2022, and (3) this Order, on the United States Citizenship and Immigration Services ("USCIS") in compliance with Federal Rule of Civil Procedure 4(i)(1) and (2), which state as follows:

 **(i)**  **Serving the United States and Its Agencies, Corporations, Officers, or Employees.**

  (1) *United States*. To serve the United States, a party must:

  (A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk—or

(ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;
(B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and

(C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

(2) *Agency; Corporation; Officer or Employee Sued in an Official Capacity.* To serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee.

Plaintiff shall file a certificate of service indicating that she has served USCIS in accordance with this rule.

USCIS shall file a response to the petition to correct/amend Petitioner's certificate of naturalization within forty-five (45) days after service. Unless the Court orders otherwise, upon the conclusion of this briefing schedule, the matter will be deemed submitted for decision without a hearing.

The court refers Plaintiff to the section "Representing Yourself" on the Court's website, located at https://cand.uscourts.gov/pro-se-litigants/, as well as the Court's Legal Help Centers for unrepresented parties. Parties may schedule an appointment by calling 415-782-8982 or emailing fedpro@sfbar.org.

**IT IS SO ORDERED.**

Dated: June 24, 2022

_____
Donna M. Ryu
United States Magistrate Judge